# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/19/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CRIMINAL 04-00457JMS-01

CASE NAME:         United States of America vs. Sarah Miyataki

ATTYS FOR PLA:     Keith Celebrezze

ATTYS FOR DEFT:    Greg Nishioka

U.S.P.O:           Neal Tsukayama

JUDGE:    J. Michael Seabright          REPORTER:    Sharon Ross

DATE:     12/19/2005                    TIME:        11:15 - 11:35

COURT ACTION:  Sentencing to the Information:

Defendant present with counsel Greg Nishioka.

Memorandum of Plea Agreement accepted.

Allocution by the defendant.

Imprisonment 1 month. Supervised Release 3 years under the following conditions:

1.  That the defendant shall abide by the standard conditions of supervision.

2.  That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.  That the defendant not possess illegal controlled substances (mandatory condition)

4.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition). COURT WAIVED THIS CONDITION.

Page 2
Criminal 04-00457JMS-01
U.S.A. vs. Sarah Miyataki
December 19, 2005

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7. That the fine of $5,000 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10. That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

11. That the defendant is prohibited from obtaining employment or volunteer work in a position requiring her to handle cash and other financial instruments.

Special Monetary Assessment $100.

Advised of rights to appeal.

Defendants Oral Motion for Self Surrender GRANTED.

RECOMMENDATION: FDC, Honolulu, Hawaii.

That the defendant participate in mental health program.

MITTIMUS: Tuesday, February 7, 2006 at 2:00 p.m. local time.

Submitted by: Dottie Miwa, Courtroom Manager