EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  (808) 541-2850
Fax:        (808) 541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00457-001 |
|---|---|---|
| Plaintiff, | ) ) ) | SATISFACTION OF JUDGMENT AND RELEASE OF NOTICE OF LIEN |
| vs. | ) ) ) | |
| Sarah S. Miyataki, | ) ) ) | |
| Defendant. | ) ) | |

SATISFACTION OF JUDGMENT
AND RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on December 27, 2005, a Judgment in a Criminal Case was entered against Sarah S. Miyataki (SSN: XXX-XX-8895) in the U.S. District Court, District of Hawaii, ordering payment of a special assessment of $100.00, a fine of $5,000.00 and a restitution of -0-.