IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00457 (1) DAE |
| Plaintiff(s), | ) | |
| vs. | ) | |
| Sarah Shizuko Miyataki, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 7 2005

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra Chief United States District Judge in the above-entitled case, Passport Number 120654461 issued at Honolulu, on June 14, 1999 to the above-named defendant, was surrendered to the custody of the Clerk of court on April 7, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:      October 11, 1950

Place of Birth:     Hawaii

Dated at Honolulu, Hawaii on April 7, 2005.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 2 2007

at 8 o'clock and __ min. A M
SUE BEITIA, CLERK

WALTER A.Y.H. CHINN, Clerk

By: _____
    Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _April 2 2007_         Signature: _____
                                        Owner of Passport